# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-703-RJC-DCK

| | |
|---|---|
| HEALTH CREDIT SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JAMES M. CARUSO, individually and d/b/a JAMES CARUSO MEDICAL CENTER, BRIAN J. VURA, and JTSA ENTERPRISES, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by J. Whitfield Gibson, concerning Michael C. Whitticar on January 11, 2018. Mr. Michael C. Whitticar seeks to appear as counsel *pro hac vice* for Defendants James M. Caruso individually and d/b/a James Caruso Medical Center, Brian J. Vura, and JTSA Enterprises, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Mr. Michael C. Whitticar is hereby admitted *pro hac vice* to represent Defendants James M. Caruso individually and d/b/a James Caruso Medical Center, Brian J. Vura, and JTSA Enterprises, LLC.

**SO ORDERED**.

Signed: January 11, 2018

David C. Keesler
United States Magistrate Judge