IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-703-RJC-DCK

| | |
|---|---|
| HEALTH CREDIT SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JAMES M. CARUSO, individually and d/b/a JAMES CARUSO MEDICAL CENTER, BRIAN J. VURA, and JTSA ENTERPRISES, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion For Extension Of Time To File Supplemental Statement Of Jurisdiction" (Document No. 13) filed March 1, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion For Extension Of Time To File Supplemental Statement Of Jurisdiction" (Document No. 13) **GRANTED**. Plaintiff shall file its supplemental statement of diversity jurisdiction on or before **March 6, 2018**.

Signed: March 2, 2018

David C. Keesler
United States Magistrate Judge